```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                    CASE NO. 06 B 16502
   SHAVONNE D SMITH
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-2286


------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 12/13/2006 and was confirmed 03/12/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  13.00%.

     The case was converted to chapter 7 after confirmation 08/25/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT   INTEREST    PRINCIPAL
                                                            PAID        PAID
------------------------------------------------------------------------
AMERICAN HOME MTG          CURRENT MORTG          .00          .00          .00
AMERICAN HOME MTG          MORTGAGE ARRE    17277.79          .00       688.88
WELLS FARGO BANK           NOTICE ONLY     NOT FILED          .00          .00
PORTFOLIO RECOVERY ASSOC   UNSECURED         1023.50          .00          .00
ACS COLLEGE LN CORP        UNSECURED       NOT FILED          .00          .00
K MART                     UNSECURED       NOT FILED          .00          .00
EMRGENCY MEDICAL SPECIAL   UNSECURED       NOT FILED          .00          .00
CHICAGO DEPT OF REVENUE    UNSECURED       NOT FILED          .00          .00
COMMONWEALTH EDISON        UNSECURED       NOT FILED          .00          .00
COMCAST CABLE              UNSECURED          249.29          .00          .00
NATIONAL QUICK CASH        UNSECURED       NOT FILED          .00          .00
CHRIST HOSPITAL MEDICAL    UNSECURED       NOT FILED          .00          .00
PEOPLES GAS LIGHT & COKE   UNSECURED         2410.99          .00          .00
SPRINT PCS                 UNSECURED       NOT FILED          .00          .00
UNIVERSITY OF PHOENIX      UNSECURED       NOT FILED          .00          .00
VERIZON WIRELESS           UNSECURED       NOT FILED          .00          .00
CITY OF CHICAGO PARKING    UNSECURED          560.00          .00          .00
ROBERT J SEMRAD & ASSOC    REIMBURSEMENT      343.00          .00       343.00
ECMC                       UNSECURED          421.77          .00          .00
COMCAST CABLE              UNSECURED             .00          .00          .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY      3,700.00                   3,592.00
TOM VAUGHN                 TRUSTEE                                       351.12
DEBTOR REFUND              REFUND                                           .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                       RECEIPTS         DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                4,975.00

PRIORITY                                    343.00
SECURED                                     688.88

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 16502 SHAVONNE D SMITH
```

```
UNSECURED                                                      .00
ADMINISTRATIVE                                            3,592.00
TRUSTEE COMPENSATION                                        351.12
DEBTOR REFUND                                                  .00
                                    ---------------   ---------------
TOTALS                                     4,975.00          4,975.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 11/20/08                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE